**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     April 16, 2014
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 13-cv-02877-RPM

| | |
|---|---|
| BENJAMINE FURLOW III, | Andrew T. Brake |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF COLORADO HOSPITAL AUTHORITY, | David P. Temple |
| UNIVERSITY OF COLORADO BOARD OF REGENTS, and | |
| MATTHEW C. UHLENKOTT, M.D., | Daniel R. Christopher |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions to Dismiss**

**10:27 a.m.        Court in session.**

Court's preliminary remarks.

Mr. Christopher answers questions asked by the Court.
Mr. Christopher states defendant Uhlenkott pled guilty in the underlying criminal case and his answer in this case may be subject to change.

Argument by Mr. Temple.
Mr. Temple states all the doctors are employed by the University and the staff (nurses) are employed by the Hospital Authority.

Argument by Mr. Brake.

**ORDERED:    Plaintiff's Negligence and 42 U.S.C. § 1983 claims are dismissed against defendants University of Colorado Hospital Authority and University of Colorado Board of Regents.
Defendants University of Colorado Hospital Authority and University of Colorado Board of Regents are dismissed from this civil action.**

**University's Motion to Dismiss [11], is granted under FRCP 12(b)6.
Hospital Authority's Motion to Dismiss [12], is granted under 12(b)6**

Discussion between Court and counsel regarding damages.

**10:45 a.m.        Court in recess.**   Hearing concluded.  Total time: 18 min.