IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02877-RPM

BENJAMINE FURLOW III,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,
UNIVERSITY OF COLORADO BOARD OF REGENTS, and
MATTHEW C. UHLENKOTT, M.D.,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Order For Dismissal, entered April 16, 2014 [25], by Senior District Judge Richard P. Matsch, it is

ORDERED the University of Colorado Board of Regents' Motion to Dismiss [11] is granted. It is

FURTHER ORDERED that the University of Colorado Hospital Authority's Motion to Dismiss 12] is granted. It is

FURTHER ORDERED that defendants University of Colorado Board of Regents and University of Colorado Hospital Authority are dismissed from this civil action.

Dated: April 16th, 2014

                              FOR THE COURT:
                              Jeffrey P. Colwell, Clerk

                                    s/J. Chris Smith
                              By: _____
                                  Deputy Clerk