IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02877-RPM

BENJAMINE FURLOW III,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,
UNIVERSITY OF COLORADO BOARD OF REGENTS, and
MATTHEW C. UHLENKOTT, M.D.,

    Defendants.

_____

ORDER DIRECTING ENTRY OF FINAL JUDGMENT PURSUANT TO F.R.C.P. 54(b)
_____

    Because the claims made against the individual defendant Matthew C. Uhlenkott, M.D., are expected to remain pending for an indefinite time and because the dismissal of the claims against the University of Colorado Hospital Authority and University of Colorado Board of Regents are separate from the remaining defendant and upon the finding that there is no just reason for delay in entry of final judgments and permitting an appeal, it is

    ORDERED that the judgment of dismissal, entered April 16, 2014, and the judgment awarding attorneys' fees entered today, shall be entered as final judgments pursuant to Fed.R.Civ.P. 54(b).

    DATED:  May 23rd, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge