IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02877-RPM

BENJAMINE FURLOW III,

    Plaintiff,

v.

MATTHEW C. UHLENKOTT, M.D.,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice of Defendant Matthew C. Uhlenkott, M.D., [36] filed October 14, 2014, it is

    ORDERED that this action is dismissed as to Defendant Matthew C. Uhlenkott, M.D., each party to bear their own costs and attorneys' fees.

    DATED: October 14, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge